IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HENRRY VILLATORO SANTOS<br><br>*Petitioner,*<br><br>v.<br><br>RUSSELL HOTT, *in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Washington Field Office*; KRISTI NOEM, *in her official capacity as Secretary of the Department of Homeland Security;* and PAM BONDI, *in her official capacity as Attorney General of the United States,*<br><br>*Respondents.* | Case No. 1:25-cv-735 |

## NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER

Petitioner Henrry Villatoro Santos ("Mr. Villatoro" or "Petitioner"), by counsel, hereby withdraws his Motion for a Temporary Restraining Order, Dkt. #3. The Government informed the undersigned on May 1, 2025 around 6:15 am that Mr. Villatoro Santos has been served with a Notice to Appear in immigration court, that he is at the Farmville Detention Facility, and that he has an immigration hearing on June 3, 2025 at the Annandale Immigration Court. Based on this change in circumstances, the Petitioner withdraws his motion for a temporary restraining order.

Respectfully Submitted,
Henrry Villatoro Santos
By Counsel

ELSAYED LAW PLLC

*s/ Muhammad Elsayed*
Muhammad Elsayed
Virginia Bar No. 86151
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 884-2636
(703) 884-2637 (fax)
me@elsayedlaw.com

SO ORDERED.

Date: May __1__, 2025

*[signature]*
Claude M. Hilton
United States District Court

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that on this date, I filed this pleading and all attachments using the CM/ECF system, which will send a notice of electronic filing (NEM) to all counsel of record. I also served an email copy on Dennis Barghaan, Chief of the Civil Division for the U.S. Attorney's Office.

Dated: May 1, 2025

/s/ *Muhammad Elsayed*
Muhammad Elsayed

*Counsel for Petitioner*